# UNITED STATES DISTRICT COURT FOR THE 4TH COURT OF APPEALS

File Number  * NO.2015CV01073
                        01973

ERASMO FIGUEROA                         )
   APPELLANT
     V.                              )          NOTICE OF APPEAL
VILLAS OF VISTA DEL NORTE               )
   APPELLEE                             )

Notice is hereby given that Erasmo Figueroa, (Appellant) in the above named case,* hereby appealed to the UNITED STATES DISTRICT COURT 4TH COURT OF APPEALS the COUNTY COURT AT LAW NO.5 BEXAR COUNTY, TEXAS, JUDGMENT from the ordered WRIT OF POSSESSION at 13000 VISTA DEL NORTE #914 entered in this action on the 20th day of April, 2015.

Signed and entered this 20th day of April, 2015.

ERASMO FIGUEROA
APPELLANT
13000 VISTA DEL NORTE Apt. # 914
SAN ANTONIO, TEXAS 78216

fielddoc 666@netzero.net